IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00015-LTB-1
Civil Action No. 10-cv-02346-LTB

UNITED STATES OF AMERICA,

v.

JOSE AMADO DIAZ-GALLEGOS,

    Movant.
_____

**JUDGMENT**
_____

Pursuant to and in accordance with the "Order Construing the Application for a Writ of Habeas Corpus as a Motion Filed Under § 2255 and Denying the Motion" entered by the Honorable Lewis T. Babcock, Senior Judge, the following Judgment is hereby entered:

It is ORDERED that Mr. Diaz-Gallegos' Application is construed as a Motion filed under 28 U.S.C. § 2255. It is

FURTHER ORDERED that the 28 U.S.C. § 2255 Motion, filed September 23, 2010, is denied and the instant civil action is dismissed with prejudice.

Dated at Denver, Colorado this __5th__ day of October, 2010.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK


                By: s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk